First Amendment

to the Renewable Resource Material Agreement dated June 30, 2016 (the "Agreement")

Between

Monsanto Company

And

AltEn, LLC

THIS AMENDMENT, hereinafter called the "First Amendment" is made effective as of this May 21, 2019, between Monsanto Company, hereinafter referred to as "Monsanto", and AltEn, LLC, hereinafter referred to as "Contractor".

WHEREAS, Monsanto and Contractor desire to modify certain provisions of the above dated Agreement which shall include any Exhibits.

NOW THEREFORE, Contractor and Monsanto, for and in consideration of the promises and mutual covenants herein contained and in the Agreement to be kept, observed and performed by the parties, agree to amend the Agreement as follows:

1. **PREAMBLE.** After "Monsanto Company" add a comma and the words "a Bayer subsidiary, and affiliates controlling, controlled by or under common control with Monsanto".

2. **TERM.** Section 2 (Term, Termination and Survival) of the Agreement is hereby amended so that it expires on June 30, 2020.

3. **SUPPLIER CODE OF CONDUCT.** Section 19 (Supplier Code of Conduct) is hereby amended by replacing Monsanto Supplier Code of Conduct with Bayer Supplier Code of Conduct at https://www.bayer.com/en/supplier-code-of-conduct.aspx.

4. **PAYMENT.** Exhibit "A", Paragraph "10", is hereby .deleted in its entirety and replaced with: Beginning June 1, 2019, Contractor will pay Monsanto $128,397.04 per month for twelve (12) consecutive months, the receipt of which will constitute full payment by Contractor to Monsanto of all monies due to Monsanto by Contractor during the entire term of the Agreement and this Addendum (June 30, 2016 through June 30, 2020).

IN WITNESS WHEREOF, this First Amendment has been executed on behalf of each party as of the day and year set forth above.

| **Monsanto Company** | **AltEn, LLC** |
|---|---|
| *Jim Kramer* | *Scott Tingelhoff* |
| Printed Name | Printed Name |
| *[signature]* | *[signature]* |
| Signature | Signature |
| *Category Manager* | *General Manager* |
| Title | Title |

EXHIBIT 1-A

Page 1 of 1