Second Amendment

to the Renewable Resource Material Agreement dated June 30, 2016 (the "Agreement")

Between

Monsanto Company

And

AltEn, LLC

THIS AMENDMENT, hereinafter called the "Second Amendment" is made effective as of July 1, 2020, by and between MONSANTO COMPANY, subsidiary of Bayer, and its affiliates, a Delaware corporation, with its principal offices at 800 North Lindbergh Boulevard, St. Louis, Missouri 63167 (hereinafter referred to as "Monsanto"), and AltEn, LLC, hereinafter referred to as "Contractor".

WHEREAS, Monsanto and Contractor desire to modify certain provisions of the above dated Agreement which shall include any Exhibits.

NOW THEREFORE, Contractor and Monsanto, for and in consideration of the promises and mutual covenants herein contained and in the Agreement to be kept, observed and performed by the parties, agree to amend the Agreement as follows:

1. **TERM.** Section 2 (Term, Termination and Survival) of the Agreement is hereby amended and will automatically terminate on December 31, 2020, if Monsanto does not receive payment in full as per PAYMENT (Exhibit A) as amended in Section 2 below. If full payment is received by Monsanto before December 31, 2020, Agreement will continue thereafter until terminated by either party providing the other with thirty (30) days written notice.

2. **PAYMENT.** Exhibit "A", Paragraph "10", is hereby amended to reflect a payment due to Monsanto from Contractor in the amount of $577,767.44 payable between July 1, 2020, and December 31, 2020.

IN WITNESS WHEREOF, this Second Amendment has been executed on behalf of each party as of the day and year set forth above.

| Monsanto Company | AltEn, LLC |
|---|---|
| Josh Redd | Scott Tingelhoff |
| Printed Name | Printed Name |
| Josh Redd (DocuSigned) | *signature* |
| Signature | Signature |
| Head of NA TechCom Procurement | General Manager / Vice President |
| Title | Title |

EXHIBIT 1-B

Page 1 of 1

RESTRICTED