IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAYER US LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:22-cv-00082 |
| | ) | |
| ALTEN, LLC; MEAD CATTLE | ) | |
| COMPANY, LLC; GREEN DISPOSAL | ) | |
| MEAD, LLC; PLATTE RIVER GREEN | ) | |
| FUELS, LLC; and TANNER SHAW, in his | ) | |
| Individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| PIONEER HI-BRED INTERNATIONAL, | ) | |
| INC.; CORTEVA AGRISCIENCE, LLC; | ) | |
| AGRELIANT GENETICS, LLC; BECK'S | ) | |
| SUPERIOR HYBRIDS, INC.; and | ) | |
| WINFIELD SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 8:22-cv-00070 |
| v. | ) | |
| | ) | |
| ALTEN, LLC; MEAD CATTLE | ) | |
| COMPANY, LLC; GREEN DISPOSAL | ) | |
| MEAD, LLC; PLATTE RIVER GREEN | ) | |
| FUELS, LLC; and TANNER SHAW, in his | ) | |
| Individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| SYNGENTA SEEDS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:22-cv-00071 |
| | ) | |
| ALTEN, LLC; MEAD CATTLE | ) | |
| COMPANY, LLC; GREEN DISPOSAL | ) | |
| MEAD, LLC; PLATTE RIVER GREEN | ) | |

1

FUELS, LLC; TANNER SHAW and          )
SCOTT TINGELHOFF,                    )
                                     )
        Defendants.                  )

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Pioneer Hi-Bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc.; Winfield Solutions, LLC; Syngenta Seeds, LLC; and Bayer US LLC ("Plaintiffs"), and Defendants AltEn, LLC; Mead Cattle Company, LLC; Green Disposal Mead, LLC; Platte River Green Fuels, LLC; Earth, Energy, & Environment, LLC; AltEn Operating Co. LLC; E3 Biofuels, LLC; Integrated Recycling, LLC; Falcon Energy, LLC; Mead Acquisition Company, LLC; and Tanner Shaw and Scott Tingelhoff ("Defendants"), hereby provide notice to the Court that on April 21, 2025, the Parties entered into a settlement agreement (the "Settlement Agreement").

Pursuant to the Court's Order (No. 156) issued on March 26, 2025, the Parties will file a joint stipulation for dismissal or other dispositive stipulation that will fully dispose of the case on or before July 1, 2025. However, should circumstances arise that necessitate additional time, the Parties will promptly contact the Court's chambers to request an extension. The Parties will also promptly notify the Court if further action is anticipated beyond consideration of the forthcoming dispositive stipulation, including any request for judicial oversight of the Settlement Agreement.

Dated: April 24, 2025

Respectfully submitted,

By: */s/ Michael Duffy*
    Stephen M. Bruckner, #17073
    Michael Duffy, # 27529
    FRASER STRYKER PC LLO
    550 Energy Plaza
    409 South 17th Street
    Omaha, Nebraska 68102-2663
    (402) 341-6000
    sbruckner@fraserstryker.com
    mduffy@fraserstryker.com
    **CO-COUNSEL FOR**
    **PLAINTIFF SYNGENTA SEEDS,**
    **LLC**

By: */s/ Joseph Wilkins*
    Joseph Wilkins, #21803
    MATTSON RICKETTS
    LAW FIRM, LLP
    2077 N Street, Suite 320
    Lincoln, NE 68508
    (402) 475-8433
    jaw@mattsonricketts.com
    **ATTORNEY FOR**
    **DEFENDANTS ALTEN, LLC;**
    **MEAD CATTLE COMPANY,**
    **LLC; GREEN DISPOSAL**
    **MEAD, LLC; PLATTE RIVER**

2

By: */s/ Elizabeth Lally*
    Elizabeth M. Lally, #26428
    Lally Legal Group, LLC
    12020 Shamrock Plaza, Suite 200
    Omaha, NE 68154 (402) 778-4840
    elally@lally-legal.com

    Jane E. Fedder, MO Bar #38228,
    *admitted pro hac vice*
    Spencer Fane LLP
    1 N. Brentwood Blvd., Suite 1200
    St. Louis, MO 63105
    Telephone: (314) 863-7733
    Fax: (314) 862-4656 E-mail:
    jfedder@spencerfane.com

    Jessica Merrigan, MO Bar #54982,
    *admitted pro hac vice*
    Paul T. Jacobson, MO Bar #69152,
    *admitted pro hac vice*
    Spencer Fane LLP
    1000 Walnut Street, Suite 1400
    Kansas City, MO 64106
    Telephone: (816) 474-8100
    Fax: (816) 474-3216
    E-mails: jmerrigan@spencerfane.com
    pjacobson@spencerfane.com
    **COUNSEL FOR PLAINTIFF**
    **BAYER US LLC**

By: */s/ Todd W. Weidemann*
    Todd W. Weidemann, #20505
    WOODS AITKEN LLP
    10250 Regency Circle, Suite 525
    Omaha, Nebraska 68114
    (402) 898-749 (telephone)
    (402) 898-7401 (facsimile)
    tweidmann@woodsaitken.com

    Abigail R. Frame, Colo. No. 52901
    WOODS AITKEN LLP
    7900 E. Union Avenue, Suite 700
    Denver, Colorado 80237
    (303) 606-6700 (telephone)
    (303) 606-6701 (facsimile)
    aframe@woodsaitken.com

**GREEN FUELS, LLC;**
**TANNER**
**SHAW and SCOTT**
**TINGELHOFF.**

**LOCAL COUNSEL FOR
PIONEER HI-BRED
INTERNATIONAL, INC.;
CORTEVA AGRISCIENCE, LLC;
AGRELIANT GENETICS, LLC;
BECK'S SUPERIOR HYBRIDGS,
INC; AND WINFIELD
SOLUTIONS, LLC**

Kirsten L. Nathanson, DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com
**ATTORNEY FOR PLAINTIFF
PIONEER HI-BRED
INTERNATIONAL, INC. AND
CORTEVA AGRISCIENCE, LLC**

Brian B. Bell, MN Bar No. 0395215
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: bell.brian@dorsey.com
**ATTORNEYS FOR PLAINTIFF
WINFIELD SOLTUIONS, LLC**

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com
**ATTORNEYS FOR PLAINTIFF
AGRELIANT GENETICS, LLC**

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790

4

Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com
**ATTORNEYS FOR PLAINTIFF**
**BECK'S SUPERIOR HYBRIDS, INC.**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 24th day of April 2025, a true and correct copy of the foregoing was served on parties herein via the PACER e-filing system (CM/ECF) of the United States District Court for the of Nebraska.

/s/ Todd W. Weidemann
Todd W. Weidemann,
Neb. No. 20505